IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE E. JOHNSON                                                                                      PLAINTIFF

v.                                              No. 4:14CV00471 JLH

DEPARTMENT OF DEFENSE,
SECRETARY OF THE ARMY                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Army Board for Correction of Military Records is affirmed. The complaint of George E. Johnson is dismissed with prejudice.

IT IS SO ORDERED this 5th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE